Opinion filed August 29, 2025



# In The

# Eleventh Court of Appeals

_____

## No. 11-25-00199-CV

_____

## IN THE ESTATE OF KATHY DENISE MORSE SPENCER MARCOM, DECEASED

**On Appeal from the 90th District Court**
**Stephens County, Texas**
**Trial Court Cause No. CV33676**

## MEMORANDUM OPINION

Appellant, Jay Frank Marcom, II, filed a notice of appeal from the trial court's "Notice of Removal," which removed him as the independent executor/administrator of the Estate of Kathy Denise Morse Spencer Marcom, effective immediately. Appellant has now filed in this court a "Notice of Withdrawal of [His] Appeal," stating that the trial court "has since vacated its Notice of Removal and an appeal is no longer necessary." Pursuant to Appellant's request for permission to withdraw his notice of appeal, we dismiss this appeal.[1]  *See* TEX. R. APP. P. 42.1(a)(1).

---

[1] In granting Appellant's request to withdraw his notice of appeal, we do not address the appealability of the order from which he appealed or the effect of the trial court's August 12 order

We grant Appellant's request and dismiss this appeal.


JOHN M. BAILEY

CHIEF JUSTICE


August 29, 2025

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.

---

conditionally "reinstat[ing]" him.